**STATE of Missouri, Respondent,**

v.

**Donny J. STOUT, Appellant.**

No. WD 72633.

Missouri Court of Appeals,
Western District.

June 14, 2011.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang and John M. Reeves, Jefferson City, MO, for respondent.

Before: GARY D. WITT, P.J., and JAMES EDWARD WELSH and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Appellant Donny Stout was convicted in the Boone County Circuit Court of first-degree statutory sodomy and child abuse. On appeal, Stout argues: first, that the trial court plainly erred in failing to suppress photographs admitted into evidence on the basis that the underlying search warrant was not supported by probable cause; and second, that the trial court erroneously failed to declare a mistrial after the State inquired on cross-examination whether Stout had served time in prison for a prior conviction. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).